

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00730-CR

Steve Anthony **MORALES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR2737
Honorable Frank J. Castro, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED November 13, 2019.

Luz Elena D. Chapa, Justice